**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES HAJNY and J&J VIRTUAL**
**COMMUNICATIONS, LLC,** *et al.*                                                          **PLAINTIFFS**

v.                                    Case No. 4:14-cv-00006 KGB

**ARVEST BANK**                                                                                    **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation for dismissal with prejudice (Dkt. No. 63). The stipulation states that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this action should be dismissed with prejudice and with each party to bear his, her, or its own costs. Based on the stipulation, the Court dismisses with prejudice this action with each party to bear his, her, or its own costs. The Court denies all pending motions as moot.

SO ORDERED this 9th day of November, 2015.

_____
Kristine G. Baker
United States District Judge